STATE v. CREASON

No. 364A96

Case below: 123 N.C. App. 495

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question is allowed 5 December 1996 except as to defendant's Issue I, namely, whether defendant's constitutional protection against double jeopardy was violated by his being punished both under the North Carolina Controlled Substance Tax Act and by a criminal prosecution.

STATE v. KEY

No. 303P96

Case below: 122 N.C. App. 579

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question is allowed 5 December 1996. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 December 1996.

STATE v. McCOTTER

No. 376P96

Case below: 123 N.C. App. 359

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 December 1996.

STATE v. McMILLAN

No. 446P96

Case below: 122 N.C. App. 400

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 5 December 1996.

STATE v. MOODY

No. 343P96

Case below: 123 N.C. App. 162

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 December 1996.